1   KEVIN V. RYAN, SBN 118321
    United States Attorney
2   JOANN M. SWANSON, 88143
    Assistant United States Attorney
3   Chief, Civil Division
    SARA WINSLOW, DCBN 457643
4   Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7260
     Facsimile:  (415) 436-7169
7
8   Attorneys for Defendant

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12  KELLY H. CROWELL,                )
                                     )
13           Plaintiff,              )    CIVIL NO.   05-02170 CW
                                     )
14           v.                      )    STIPULATION AND ORDER EXTENDING
                                     )    DEFENDANT'S TIME TO FILE
15  JO ANNE B. BARNHART,             )    RESPONSE TO PLAINTIFF'S
    Commissioner of Social Security, )    MOTION FOR SUMMARY JUDGMENT
16                                   )
17  _____ )

18          IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the

19  approval of the Court, that defendant Commissioner may have an extension of 30 days in which to

20  file her response to plaintiff's motion for summary judgment.[1]  Defendant's response was due on

21  November 9, 2005, pursuant to Civil L.R.16-5.  Defendant's response is now due on December 9,

22  2005.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

    _____

    [1]  See attached Declaration of Sharon Sands.

1    This is defendant's first request.

2

3

4

5    Dated: November 9, 2005              /s/
                                   LEZLEY D. CROWELL
6                                  Attorney for Plaintiff

7
                                   KEVIN V. RYAN
8                                  United States Attorney

9

10

11

12   Dated: November 9, 2005    By:        /s/
                                   SARA WINSLOW
13                                 Assistant United States Attorney

14
     PURSUANT TO STIPULATION, IT IS SO ORDERED:
15

16

17

18

19   Dated: 11/14/05

20

21                                 _____
                                   CLAUDIA WILKEN
     United States District Judge

22

23

24

25

26

27

28

CROWELL, EXT.MXSJ (ss)
C 05-02170 CW                      2

1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Acting Chief, Civil Division
3  SARA WINSLOW, CSBN 457643
   Assistant United States Attorney
4
5   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7260
6  Facsimile: (415) 436-7169

7  Attorneys for Defendant

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11 KELLY H. CROWELL,                )
                                    )      CIVIL NO.  C-05-02170 CW
12              Plaintiff,          )
                                    )
13         v.                       )
                                    )
14 JO ANNE B. BARNHART,             )      DECLARATION IN SUPPORT OF
   Commissioner of                 )      DEFENDANT'S REQUEST FOR
15 Social Security,                 )      EXTENSION OF TIME
                                    )
16              Defendant.          )
   _____)

17

18

19 I, Sharon Sands, declare and state as follows:

20      1.    I am an Assistant Regional Counsel in the Office of the General Counsel for the United

21 States Social Security Administration, Region IX.

22      2.    I am requesting a 30-day extension for filing Defendant Commissioner's response to

23 Plaintiff's motion for summary judgment due to work load constraints which stemmed from a lengthy

24 illness on my part and a recent re-assignment of this matter, to myself, during that time period.

25

26

27

28

3.      Accordingly, I pray this request for more time be granted in order to provide myself with the opportunity for review and analysis of this case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in San Francisco, California on November 8, 2005.


By          /s/
            Sharon Sands
            Assistant Regional Counsel

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28